UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDRE BROWN,

*Plaintiff*,

– against –

FRANK BISIGNANO, *Commissioner of Social Security*,

*Defendant*.

**ORDER**
25-cv-02834 (NCM) (MMH)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation dated August 7, 2026, from the Honorable Marcia M. Henry, United States Magistrate Judge. ECF No. 16. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for attorneys' fees, ECF No. 12, is granted. Pursuant to the Equal Access to Justice Act, 42 U.S.C. § 2412(d), plaintiff's counsel is awarded $6,498.79. Because plaintiff has agreed to assign his rights to EAJA fees to counsel, payment shall be made directly to Pierre Pierre Law, P.C. if plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

**SO ORDERED.**

*/s/Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: August 24, 2026
Brooklyn, New York